**STATE of Missouri, Respondent,**

v.

**Dennis L. WILLIAMS, Appellant.**

**Dennis L. WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 42815, WD 43919.**

Missouri Court of Appeals,
Western District.

Oct. 8, 1991.

Rehearing Denied Nov. 26, 1991.

Brad B. Baker, Columbia, for appellant.

William L. Webster, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and KENNEDY and HANNA, JJ.

### ORDER

PER CURIAM:

Appeal from conviction for passing a bad check, § 570.120, RSMo 1986, and sentence of five years imprisonment. Also appeal from denial of a motion filed pursuant to Rule 29.15.

Judgments are affirmed. Rules 84.16(b) and 30.25(b).